

# United States District Court
# Eastern District of California

| Jose Arturo Vargas Lopez |
|---|

Plaintiff(s)

Case Number: | 1:26-cv-03666-DAD-CSK |

V.

| Warden, Central Valley Annex, et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Melinda K. Johnson _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Jose Arturo Vargas Lopez

On _____10/17/2019_____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____05/13/2026_____        Signature of Applicant: /s/ Melinda K. Johnson

**Pro Hac Vice Attorney**

Applicant's Name: Melinda K. Johnson

Law Firm Name: Fried, Frank, Harris, Shriver & Jacobson LLP

Address: 801 17th Street, NW

City: Washington    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 639-7403

City and State of Residence: Washington, DC

Primary E-mail Address: mindy.johnson@friedfrank.com

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: C. Dabney O'Riordan

Law Firm Name: Fried, Frank, Harris, Shriver & Jacobson LLP

Address: 801 17th Street, NW

City: Washington, DC    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 639-7299    Bar # 205158

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/14/2026

JUDGE, U.S. DISTRICT COURT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Melinda Kimberlee Johnson

was duly qualified and admitted on October 17, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 08, 2026.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.