

United States District Court
Eastern District of California

| Jose Arturo Vargas Lopez |
|---|

Plaintiff(s)

Case Number: | 1:26-cv-03666-DAD-CSK |

V.

| Warden, Central Valley Annex, et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jodi M. Lessner _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Jose Arturo Vargas Lopez
_____

On _____03/09/2026_____ (date), I was admitted to practice and presently in good standing in the

_____New York_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____05/13/2026_____     Signature of Applicant: /s/ Jodi M. Lessner _____

**Pro Hac Vice Attorney**

Applicant's Name: Jodi M. Lessner

Law Firm Name: Fried, Frank, Harris, Shriver & Jacobson LLP

Address: One New York Plaza

City: New York    State: NY    Zip: 10004

Phone Number w/Area Code: (212) 859-8705

City and State of Residence: New York, NY

Primary E-mail Address: jodi.lessner@friedfrank.com

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: C. Dabney O'Riordan

Law Firm Name: Fried, Frank, Harris, Shriver & Jacobson LLP

Address: 801 17th Street, NW

City: Washington, DC    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 639-7299    Bar # 205158

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/14/2026

JUDGE, U.S. DISTRICT COURT